THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Sakima K.
 McCullough, Appellant.
 
 
 

Appeal From York County
 Lee S. Alford, Circuit Court Judge
Unpublished Opinion No. 2008-UP-580
Submitted October 1, 2008  Filed October
 15, 2008 
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; and Solicitor Kevin Scott Brackett, of York, for Respondent.
 
 
 

PER CURIAM:  A
 jury found Sakima K. McCullough guilty of kidnapping, armed robbery, criminal
 conspiracy, first-degree burglary, possession of a firearm during a crime of
 violence, and assault and battery of a high and aggravated nature.  Counsel for
 McCullough argues he was deprived of his sixth amendment right to a trial by a
 fair and impartial jury when the trial judge failed to excuse a biased juror
 for cause.  McCullough also filed a pro se brief.  After a thorough review of
 the record and both briefs, pursuant to Anders v. California, 386 U.S.
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss McCulloughs appeal and grant counsels motion to be relieved.[1]  
APPEAL DISMISSED.
SHORT, THOMAS, and PIEPER, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.